UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 16 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RYAN CROWNHOLM; CROWN CAPITAL ADVENTURES, INC., DBA mysiteplan.com, a Delaware corporation, registered as a foreign corporation in California,<br><br>   Plaintiffs-Appellants,<br><br> v.<br><br>RICHARD B. MOORE, in his Official Capacity as Executive Officer of the California Board for Professional Engineers, Land Surveyors, and Geologists; et al.,<br><br>   Defendants-Appellees. | No. 23-15138<br><br>D.C. No. 2:22-cv-01720-DAD-CKD<br>Eastern District of California, Sacramento<br><br>ORDER |

Before: KOH, H.A. THOMAS, and DESAI, Circuit Judges.

 The panel has voted unanimously to deny the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. The petition for rehearing is DENIED. No further petitions for rehearing or rehearing en banc may be filed.